ELIMAN J BAH    U.S DISTRICT & BANKRUPTCY
1505 CASINO CIRCLE        COURT FOR THE
MD 20906                  DISTRICT OF COLUMBIA
Tel # 267 288 8575

Case: 1:22-cv-01096
Assigned To : Kollar-Kotelly, Colleen
Assign. Date : 4/20/2022
Description: Pro Se Gen. Civ. (F-DECK)

VS

NOAA OFFICE OF GENERAL COUNSEL
P.O. BOX 21109
JUNEAU AK 99802
Tel # 907 586 7414

COMPLAINT

**RECEIVED**
APR 20 2022
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

I AM FILING THIS APPEAL FOR AN INITIAL DECISION AND ORDER MADE BY SUSAN L BIRO CHIEF ADMINISTRATIVE LAW JUDGE FOR NOAA CASE # 1802015.

1. I HAVE BEEN FIND $12,000.00 FOR AN INCIDENT THAT WAS NEVER DISCLOSED IN THE TRIALS AND IT WAS NEVER PART OF THIS LAWSUIT.

2. SONYA JORDAN (NOAA ENFORCEMENT OFFICER) LIED ON THE MEMORANDUM OF INTERVIEW NOV 9 2018

3. MY INTERROGATION STATEMEN WERE MODIFY SOME PARTS MISSING

4. A MOTION WAS GAVEN TO LIMINE TO EXCLUDE MY RESPONDENT'S WITNESSES, DOCUMENTS AND OTHER EVIDENCE WITH I OBJECTED.

5. THE JUDGE REJECT SOME OF THE WITNESS SWORN TESTIMONY AS YOU CAN SEE ON THE RULING.

6. I WOULD LIKE A TRIAL JUDGE

7. BECAUSE OF THIS TRIAL I HAVE LOSE $385,839 I WAS MAKING $96,459.12 A YEAR BUT BECAUSE NO COMPANY WILL HIRE ME AFTER OVER 17 YEARS



fishing experience without any injury with safety equipment and survival procedures training

8. I would like to be compensated for my loss fairly for my experience for $500,000.00

*[signature: Eliman Bah]*

ELIMAN-S-BAH
1505 CASINO CIRCLE
SILVER SPRING MD ~~20~~
20906
WED APRIL 20, 2022.